UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAESAR A. MARTINEZ,<br><br>              Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>              Defendant. | No. CV-12-0145-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND PURSUANT<br>TO SENTENCE FOUR OF 42<br>U.S.C. § 405(g) |

BEFORE THE COURT is the parties' Stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 21. Attorney Maureen Rosette represents Plaintiff; Special Assistant United States Attorney David Burdett represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7. After considering the file, and proposed order,

**IT IS ORDERED:**

1. The parties' Motion for Remand, **ECF No. 21,** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will further develop the record, re-evaluate medical source opinions of record, re-evaluate the claimant's credibility,

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

and obtain supplemental vocational expert evidence as necessary at step five of the sequential evaluation.  The ALJ will make a *de novo* determination as to disability, and issue a new decision.

    2.   Judgment shall be entered for the **PLAINTIFF**.

    3.   Plaintiff's Motion for Summary Judgment, **ECF No. 15,** is stricken as moot.

    4.   An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED January 29, 2013.


                              <u>S/ CYNTHIA IMBROGNO</u>
                            UNITED STATES MAGISTRATE JUDGE